**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

|                                |   |                     |
|--------------------------------|---|---------------------|
| **UNITED STATES OF AMERICA,**  | ) |                     |
|                                | ) |                     |
| **Plaintiff,**                 | ) |                     |
|                                | ) |                     |
| v.                             | ) | Case No. 07-20168   |
|                                | ) |                     |
| **BILLY TRINKLE,**             | ) |                     |
|                                | ) |                     |
| **Defendant.**                 | ) |                     |

**MEMORANDUM AND ORDER**

Defendant Billy Trinkle was convicted of conspiracy to possess with intent to distribute more than 50 grams of cocaine base and use of a communication facility in commission of a drug trafficking crime. He received a 240-month prison sentence. Mr. Trinkle has filed a motion for appointment of counsel (doc. 1282) to assist him in raising a 28 U.S.C. § 2255 claim to vacate, set aside, or correct his sentence (doc. 1273).

There is, however, no constitutional right to counsel beyond the direct appeal of a conviction. *Swazo v. Wyo. Dep't of Corrs.*, 23 F.3d 332, 333 (10th Cir. 1994). "[T]he right to appointed counsel extends to the first appeal of right, and no further." *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987).

The court is confident, judging from the content of the motion itself, that Mr. Trinkle is adequately able to identify and argue the issue he seeks to raise. The court

will reassess the issue of appointed counsel at a later date if the situation warrants it.

**IT IS THEREFORE ORDERED BY THE COURT** that defendant's motion for appointment of counsel (doc. 1282) is denied.

**IT IS SO ORDERED** this 14th day of September, 2010.

                                      s/ John W. Lungstrum  
                                      John W. Lungstrum  
                                      United States District Judge